UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

-----------------------------------------------------------X

DURRELL MOHAMMED p/k/a HELL RELL,

Plaintiff,

-against-

BABYGRANDE RECORDS, INC.,

Defendant.

-----------------------------------------------------------X

26-CV-05617 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 9, 2026, Plaintiff's attorney of record, Kiara Santos of Mills Legal, LLC, filed a Proposed Order for Withdrawal of Attorney, citing irreconcilable differences regarding the handling of the case between herself and Plaintiff, Dkt. 13;

WHEREAS on October 15, 2026, the Court ordered Plaintiff to indicate whether he objected to the Court relieving his attorney no later than November 6, 2026, Dkt. 14; and

WHEREAS to date, the Court has received no submission from Plaintiff.

IT IS HEREBY ORDERED that the Court interprets Plaintiff's failure to respond to the Court's October 15, 2026, Order as an indication he does not object to Ms. Santos being relieved. Accordingly, his attorney, Kiara Santos, is relieved from serving as Plaintiff's attorney in the above-captioned case. As her last action in this case, she is directed to serve this Order on Plaintiff and file proof of doing so on the docket **no later than Monday, November 29, 2026**.

IT IS FURTHER ORDERED that a conference in this case will take place on **Friday, January 8, 2027, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that before this conference, Plaintiff must locate a new attorney, and said new attorney must file a Notice of Appearance on the docket in accordance with the Undersigned's Individual Rules of Practice in Civil Case. If no new attorney has filed a Notice of Appearance before the conference, then Plaintiff himself must appear in Court.

**SO ORDERED.**

**Date: November 23, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**